577 A.2d 839

IN THE MATTER OF SAMUEL KONIGSBERG, AN ATTORNEY AT LAW.

August 21, 1990.
As Corrected Sept. 19, 1990.

## ORDER

The Office of Attorney Ethics having advised this Court that SAMUEL KONIGSBERG of NORWOOD, who was admitted to

the bar of this State in 1981, pleaded guilty to making a false statement to an agency of the United States in violation of 18 *U.S.C.A.* 1001, and good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), SAMUEL KONIGSBERG is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of the Court; and it is further

ORDERED that SAMUEL KONIGSBERG be restrained and enjoined from practicing law during the period of his suspension; and it is further

Ordered that SAMUEL KONIGSBERG comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.